IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEANOR, ) | |
| ) | 4:05CV3162 |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

    This matter is before the court on filing no. 24, the motion for an extension of time, filed by the petitioner. The petitioner request an extension of time in which to file his brief as ordered by the court in filing no. 23. Petitioner states that he has recently obtained counsel and that his attorney will need time to review the documents in this case. Upon review of the record, I will grant the motion and petitioner shall have until May 8, 2006 to file his brief.

    SO ORDERED.

    DATED this 16th day of February, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge