IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR, a/k/a JUAN ARMAND, ) ) ) | ) 4:05cv3162 |
| Petitioner, ) ) | MEMORANDUM AND ORDER |
| vs. ) ) | |
| ROBERT HOUSTON, ) ) | |
| Respondent. ) | |

This matter is before the court on filing no. 28, the respondent's Motion for Extension of Time. In filing no. 27, Judge Richard G. Kopf ordered, in pertinent part:

> That by June 30, 2006, each party shall file a brief on the issues discussed above, the merits of the petitioner's first, second, fourth and fifth claims, and any other matter(s) that party may wish to address;
>
> That by July 28, 2006, each party shall file a brief in response to the other party's brief ....
>
> That each party may request one reasonable extension of time.

The respondent has shown a reasonable basis for the extension requested in filing no. 28. Therefore, both parties shall have an extension until September 1, 2006 to file their simultaneous initial briefs. Thereafter, the parties shall have until October 1, 2006 to file their simultaneous response briefs. However, the petitioner still has the opportunity to request one reasonable extension which, if granted, will be extended, like filing no. 28, to both parties. Filing no. 28 is granted.

SO ORDERED.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge