IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR, a/k/a ) <br> JUAN ARMAND ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ROBERT HOUSTON, ) <br> ) <br> Respondent. ) | 4:05cv3162 <br><br> MEMORANDUM AND ORDER |

    This matter is before the court on filing no. 30, the petitioner's Motion for Extension of Time to File Brief. The petitioner filed his Motion on June 27, 2006. On that same day, I entered a Memorandum and Order (filing no. 29) granting the respondent's Motion for Extension of Time, thereby extending both parties' deadlines until September 1, 2006 to file their simultaneous initial briefs. I also stated in filing no. 29: "Thereafter, the parties shall have until October 1, 2006 to file their simultaneous response briefs. However, the petitioner still has the opportunity to request one reasonable extension which, if granted, will be extended ... to both parties."

    I have since learned that the petitioner has had some past difficulties obtaining time in the law library of one of prisons in which he was housed. In addition, I understand from the records in another case that he learned English as a second language while in prison. In light of those factors, the petitioner is welcome to a substantial extension of time to submit his initial brief in this case, such as six months or so if he needs it, but he will have to file a motion so that the same extension can be granted to the respondent. Filing no. 30 is granted in that the petitioner is welcome to a substantial extension, but he will have to specify how much time he needs.

    SO ORDERED.

    DATED this 17th day of July, 2006.

                                                  BY THE COURT:

                                                  s/ F. A. GOSSETT
                                                  United States Magistrate Judge