IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR, a/k/a JUAN ARMAND, ) ) ) Petitioner, ) ) vs. ) ) ROBERT HOUSTON, ) ) Respondent. ) | 4:05cv3162<br><br>MEMORANDUM AND ORDER |

This matter is before the court on filing nos. 32 and 33, the petitioner's Motion for Extension of Time to file his initial habeas corpus brief, and the respondent's motion to be included in the extension for his brief. Both motions are granted. Because the petitioner has experienced difficulty obtaining access to the law library, the deadline for his initial brief will be extended to January 5, 2007. The respondent's brief is due by the same date. Thereafter, both parties may file responsive briefs by March 15, 2007. On that date, this matter shall be deemed submitted for decision, unless District Judge Richard G. Kopf determines that further proceedings are necessary.

**SO ORDERED.**

DATED this 5th day of September, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge