IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR, a/k/a JUAN ARMAND, ) ) ) Petitioner, ) ) vs. ) ) ROBERT HOUSTON, ) ) Respondent. ) | 4:05cv3162<br><br>MEMORANDUM AND ORDER |

    This matter is before the court on filing no. 46, the petitioner's Motion for Extension of Time to File Brief. The petitioner shall have an additional ninety (90) days from the date of this Order to file his brief, in light of the circumstances he describes and his initiative and diligence in coping with those circumstances.

    SO ORDERED.

    DATED this 15th day of March, 2007.

                                         BY THE COURT:

                                         s/ F. A. GOSSETT
                                       United States Magistrate Judge