IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, <br> a/k/a JUAN ARMAND, <br><br> Petitioner, <br> vs. <br><br> ROBERT HOUSTON, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 4:05CV3162 <br><br><br> **MEMORANDUM** <br> **AND ORDER** |

Petitioner has filed a motion to alter or amend judgment, which the court construes as a motion filed pursuant to Federal Rule of Civil Procedure 59(e). Upon careful consideration, the motion will be denied. Accordingly,

IT IS ORDERED that Petitioner's motion to alter or amend judgment (filing 55) is denied in all respects.

October 24, 2007.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge