IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR,<br><br>                Petitioner,<br><br>vs.<br><br>ROBERT HOUSTON,<br><br>                Respondent. | 4:05CV3162<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 107.) Petitioner filed a Notice of Appeal (Filing No. 106) on October 23, 2017. Petitioner appeals from the court's Judgment dated September 27, 2017 (Filing No. 105) which denied Petitioner's motions to amend his habeas corpus petition (Filing No. 103) and to reopen the judgment pursuant to Fed. R. Civ. P. 60(b)(6) (Filing No. 104). Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds the motion is denied as moot. Because Petitioner was previously given leave to proceed IFP, he may now "proceed on appeal in forma pauperis without further authorization" in accordance with Federal Rule of Appellate Procedure 24. (See also Filing No. 96.)

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 107) is denied as moot.

      Dated this 26th day of October, 2017.

                                                      BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      Senior United States District Judge